UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-12156<br>CHAPTER 13 |
| JOHN M. HOLCOMB | : | JUDGE J. VINCENT AUG |
| DEBTOR | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

   Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

   The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916533 | $17.22 |

Creditor(s)
Cincinnati Bell
201 E 4th Street
Cincinnati, Ohio 45202


                                                    Respectfully submitted,

                                            /s/    Margaret A. Burks, Esq.
                                                   Margaret A. Burks, Esq.
                                                   Chapter 13 Trustee
                                                   Attorney No. OH 0030377

                                                   Francis J. DiCesare, Esq.
                                                   Staff Attorney
                                                   Attorney No. OH 0038798

                                                   Karolina F. Perr, Esq.
                                                   Staff Attorney
                                                   Attorney No. OH 0066193

                                                   600 Vine Street, Suite 2200
                                                   Cincinnati, OH 45202
                                                   (513) 621-4488
                                                   (513) 621 2643 (Facsimile)
                                                   mburks@cinn13.org - Correspondence only
                                                   fdicesare@cinn13.org
                                                   kperr@cinn13.org
                                                   cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Creditor

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, February 12, 2010.

                                          /s/     Margaret A. Burks, Esq.
                                                     Margaret A. Burks, Esq.

| | |
|---|---|
| Cincinnati Bell<br>201 E 4th Street<br>Cincinnati, Ohio 45202 | Debtor(s) Counsel<br>MICHAEL E. PLUMMER, ESQ.<br>11 WEST 6TH STREET<br>COVINGTON, KY  41011 |
| Debtor(s)<br>JOHN M. HOLCOMB<br>5670 RAPID RUN RD<br>CINCINNATI, OH  45238-4175 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br>(service waived) |
| Cincinnati Bell<br>221 E 4th Street<br>ML 347-200<br>Cincinnati, Ohio 45202 | |